IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

LAVONTRA COOPER,                                    CASE NO:
                                                    DIVISION:
    Plaintiff,

vs.

CIRCLE K STORES, INC., a foreign for-profit
corporation,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, LAVONTRA COOPER, by and through undersigned counsel, and hereby sues the Defendant, CIRCLE K STORES, INC. (hereinafter referred to as "CIRCLE K"), a foreign for-profit Corporation, for damages for negligence, and in further support thereof would show unto this Honorable Court as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of Thirty-Thousand and One Dollars ($30,001.00), exclusive of attorney's fees, costs, and prejudgment interest.

2. At all times material hereto, the Defendant, CIRCLE K, was and is a foreign corporation licensed to do business in the State of Florida, and has an office for the transaction of its customary business at 2095 E New York Ave, Deland, Volusia County, Florida.

3. At all times material hereto, the Plaintiff, LAVONTRA COOPER, was *sui juris* and a resident of Volusia County, Florida.

4. Pursuant to §47.051, Florida Statutes, venue is properly vested within Volusia County, Florida, where the cause of action accrued and where the Defendant's store is located.

## GENERAL FACTS COMMON TO ALL COUNTS

5. On or about June 3, 2020, the Defendant, CIRCLE K, was in possession of a building known as "Kangaroo Express" and described as a convenience store and gas station, located at 2095 E New York Ave., Deland, Florida, (hereinafter referred to as the "Premises" or "Subject Premises"), which was held open to the public as a store.

6. At all times material hereto, the Defendant, CIRCLE K, owned, operated, leased, possessed, managed, and/or maintained the Subject Premises.

7. At all times material hereto, the Defendant, CIRCLE K, was doing business in Volusia County, Florida.

8. At all times material hereto, the Defendant, CIRCLE K, had possession and control of the Subject Premises where the incident described herein occurred.

9. At all times material hereto, the Plaintiff, LAVONTRA COOPER, was lawfully at the Subject Premises as a business invitee.

## COUNT I – NEGLIGENCE

This is an action for damages brought by the Plaintiff, LAVONTRA COOPER, against the Defendant, pled in the alternative to any conflicting or duplicative relief sought elsewhere, and in support thereof the Plaintiff hereby realleges and reincorporates and Paragraphs 1-9 as if fully set forth herein, and would further allege as follows:

10. On or about June 3, 2020, the Plaintiff, LAVONTRA COOPER, was lawfully on the Subject Premises to visit "Kangaroo Express" as a patron or customer, and was a business invitee on said Premises.

11. On or about June 3, 2020, after the Plaintiff, LAVONTRA COOPER, had completed her business on the premises, she began to walk toward the exit of the store.

12. On or about June 3, 2020, as Plaintiff, LAVONTA COOPER, was exiting the store, she slipped at or near the entrance/exit to the store on a wet, slippery substance causing her to fall violently to the ground and sustain severe injuries.

13. At the above-mentioned time and place, the Defendant, CIRCLE K, its agents, servants, and/or employees acting within the scope and course of such agency, service or employment, carelessly and negligently maintained said Premises by allowing the wet, slippery substance to exist within the store near the entrance/exit and by failing to warn the Plaintiff of said dangerous condition, which caused his severe injuries.

14. The negligent condition was known to Defendant, CIRCLE K, or had existed for a sufficient length of time so that Defendant, CIRCLE K, should have known of it.

15. The Defendant, CIRCLE K, owed a duty of reasonable care to those lawfully on its Premises and in particular to the Plaintiff and breached that duty as follows:

   a) Improperly maintained the floor at or near the entrance/exit to the store in such a way that the wet, slippery substance in said area created a dangerous condition;

   b) failed to properly maintain the floor at or near the entrance/exit to the store in such a way that it knew or should have known that the wet, slippery substance on the floor created a dangerous condition;

   c) failed to warn and/or provide notice to the Plaintiff of the wet, slippery condition of the floor near the entrance/exit to the store, or, in the alternative, allowed said condition to exist for a length of time sufficient in which a reasonable inspection would have disclosed the same;

   d) failed to exercise reasonable care for the safety of Plaintiff;

e) knew or should have known that from the co-existence of these factors, that persons similarly situated to the Plaintiff would be by the wet, slippery condition of the floor near the entrance/exit to the store.

16. That as a direct and proximate result of the negligence of the Defendant, CIRCLE K, the Plaintiff, LAVONTRA COOPER, has suffered physical pain and suffering in the past and indefinitely into the future, has incurred medical and hospital bills for her care and treatment in the past and indefinitely into the future, has lost the capacity for the enjoyment of life in the past and indefinitely into the future, all in an amount exceeding Thirty Thousand and One Dollars ($30,001.00).

WHEREFORE the Plaintiff, LAVONTRA COOPER, by and through undersigned counsel, respectfully prays unto this Honorable Court for damages for negligence against the Defendant, CIRCLE K STORES, INC., together with any further such relief as this Honorable Court may deem just and proper under the circumstances.

*(CONTINUED ON NEXT PAGE)*

## DEMAND FOR JURY TRIAL

17.     The Plaintiff hereby demands a jury trial for all claims so triable as of right.

DATED this 2nd day of October, 2020.


Respectfully Submitted,


VASILAROS WAGNER

_____
STEVEN T. VASILAROS, ESQUIRE
Florida Bar Number: 0456713
JOSHUA J. WAGNER, ESQUIRE
Florida Bar Number: 12209
VASILAROS WAGNER
721 Beville Road
South Daytona, Florida 32119
Phone:    (386) 777-7777
Facsimile: (386) 401-5450
Service Email: pleadings@accidentfirm.com
*Attorneys for Plaintiff.*